**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE LEE UPSHAW, | **Case No. CV 15-00295 JAK (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

     Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 15, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE